```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 39174
   SHERYL L KITA
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
   SSN XXX-XX-4848


--------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/21/04 and confirmed on 01/21/05.

     2.  The case was dismissed after confirmation, 10/24/2008.

     3.  The Debtor paid a total of $  23325.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 19736.43 | .00 | 15527.37 |
| HSBC MORTGAGE | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE | MORTGAGE ARRE | 1803.90 | .00 | 1419.19 |
| NISSAN MOTOR ACCEPTANCE | SECURED | 1555.00 | 299.55 | 1144.72 |
| PICKWICK COMMONS CONDO A | SECURED | 3000.00 | 207.53 | 2306.50 |
| UNIFUND CCR PARTNERS | UNSECURED | 10095.28 | .00 | .00 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST EMERGENCY PH | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | 770.00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 7345.90 | .00 | .00 |
| NORTHEAST RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 1254.39 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 4000.76 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BECKET & LEE LLP | UNSECURED | 2601.96 | .00 | .00 |

       Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 26095.33 | .00 | 26068.29 | .00 | 52163.62 |
| PRINCIPAL PAID | 20397.78 | .00 | .00 | .00 | 20397.78 |

```
INTEREST PAID            507.08          .00          .00          .00        507.08
TOTAL PAID             20904.86          .00          .00          .00      20904.86
The Debtor's attorney, PAUL M BACH                        , was allowed $   2200.00
and was paid $    806.00  direct and $   1394.00  through the plan.
```

The Trustee received $   1026.14 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE